**FILED**

11/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0456

IN THE MATTER OF THE ESTATE OF

HORATIO W. BURNS,

Deceased.

**ORDER GRANTING
EXTENSION OF TIME
FOR COURT REPORTER
TO FILE TRANSCRIPTS**

Pursuant to Appellant's Motion for an Extension of Time for Court Reporter to Transmit Record, pursuant to Rule 9(4) of the Montana Rules of Appellate Procedure, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Court Reporter shall have to and until February 15, 2023, in which to file the transcripts in the above matter.

The Clerk is directed to provide a copy of this Order to all counsel of record and to the Court Reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2022